LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN, III (SBN 118694)
VICTORIA M. CIGANDA (SBN 215719)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557

Attorneys for Plaintiff
JAIME EVANS

GREENBERG TRAURIG, LLP
LISA L. HALKO (SBN 148873)
J. ADAM WHITE (SBN 217062)
1201 K Street, Suite 1100
Sacramento, California 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email: halkol@gtlaw.com; whitea@gtlaw.com

DIANA P. SCOTT (SBN 084875)
TIFFANY S. FORDYCE (SBN 235063)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: scottd@gtlaw.com; fordycet@gtlaw.com

Attorneys for Defendant
HARD ROCK CAFÉ INTERNATIONAL (USA), INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIE EVANS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARD ROCK CAFÉ INTERNATIONAL (USA), INC., et al.,<br><br>　　　　Defendants. | CASE NO. 2:07-cv-1074 FCD (DAD)<br><br>**JOINT STIPULATION OF COUNSEL REGARDING HARD ROCK CAFÉ INTERNATIONAL (USA), INC'S REQUEST FOR EXTENSION TO FILE RESPONSE TO COMPLAINT AND ORDER**<br><br>Judge:　　Hon. Frank C. Damrell, Jr.<br>Date Filed:　June 6, 2007<br>Trial Date:　None |

Pursuant to Local Rule 6-144(1) of the United States District Court, Eastern District of California, Plaintiffs Aimee Hernandez and Jaime Evans on the one hand and Defendants Stewart Garnett and Hard Rock Café International (USA), Inc. on the other, by and through their counsel hereby stipulate and agree as follows:

1) Defendant Stewart Garnett was served on August 3, 2007, and his response was due on August 23, 2007. Conflict counsel is being appointed for defendant Garnett.

2) On September 5, 2007, the parties filed a Joint Stipulation of Counsel extending the deadline for Defendant Garnett to file a response to the Complaint to September 21, 2007.

3) The deadline for Defendant Stewart Garnett to file and serve a responsive pleading to Plaintiffs' Complaint is extended one week to September 28, 2007.

4) Consistent with the requirements of Local Rule 6-144(1), the parties mutually recognize, agree and represent:

   a) No other filing date has been ordered by the court for Garnett's responsive pleading.

   b) There has been one previous stipulation modifying the deadline for Garnett's responsive pleading for a period of thirty days.

   c) The agreed upon extension is for a finite period of time and is not an "open extension of time."

   d) This stipulation has been signed by or on behalf of all parties who have appeared in the action and are affected by the stipulation.

5) The parties agree that the extension of time will not affect the filing of the Joint Status Report ordered by the Court in the Order Requiring Joint Status Report.

DATED: September 21, 2007        GREENBERG TRAURIG, LLP

By /s/ Lisa L.Halko
Diana P. Scott, Esq.
Lisa L. Halko, Esq.

Attorneys for Defendant
HARD ROCK CAFÉ INTERNATIONAL (USA), INC.

DATED: September 21, 2007        GREENBERG TRAURIG, LLP


By /s/ Lisa L.Halko
Diana P. Scott, Esq.
Lisa L. Halko, Esq.

Specially appearing for Defendant STEWART GARNETT

DATED: September 21, 2007        LAW OFFICES OF JOHNNY L. GRIFFIN, III


By /s/ Victoria M. Ciganda
Victoria M. Ciganda, Esq.

Attorneys for Plaintiffs
JAIME EVANS


## **ORDER**

The deadline for Defendant Stewart Garnett to file and serve a responsive pleading to Plaintiffs' Complaint is extended one week to September 28, 2007.

IT IS SO ORDERED.

DATED: September 25, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE