**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**MANOLO OLASO (SBN 195629)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel: (916) 444-5557
Fax: (916) 444-5558

Attorneys for Plaintiff JAIME EVANS

**GREENBERG TRAURIG, LLP**
**GREGORY P. WONG (SBN 204502)**
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Tel: (310) 586-7700
Fax: (310) 586-7800

Attorneys for Defendant HARD ROCK CAFÉ INT'L (USA), INC.

**BARTH TOZER & TIMM, LLP**
**BRUCE M. TIMM (SBN 199679)**
431 I Street, Suite 201
Sacramento, CA 95814
Tel: (916) 440-8600
Fax: (916) 440-9610

Attorneys for Defendant STEWART GARNETT

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME EVANS,<br><br>            Plaintiff,<br><br>      vs.<br><br>HARD ROCK CAFÉ INT'L (USA), INC.;<br>STEWART GARNETT,<br><br>            Defendants. | Case No.:  2:07-CV-01074-FCD- DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Before the Honorable Frank C. Damrell, Jr.<br>United States District Court Judge<br><br>Trial Date: April 28, 2009 |

Pursuant to Local Rule 16-160, Plaintiff JAIME EVANS hereby gives notice that the above-captioned action has settled. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff and Defendants, by and through their attorneys whose signatures appear below, agree and stipulate that the above-captioned case shall be dismissed immediately, with prejudice.

Dated: December 17, 2008       /s/ JOHNNY L. GRIFFIN, III
                                JOHNNY L. GRIFFIN, III
                                Attorney for Plaintiff JAIME EVANS


Dated: December 17, 2008       /s/ GREGORY P. WONG (as authorized on 12/17/2008)
                                GREGORY P. WONG
                                GREENBERG TRAURIG, LLP
                                Attorney for Defendant HARD ROCK CAFÉ, INT'L
                                (USA), INC.


Dated: December 17, 2008       /s/ BRUCE M. TIMM (as authorized on 12/17/2008)
                                BRUCE M. TIMM
                                BARTH TOZER & TIMM, LLP
                                Attorney for Defendant STEWART GARNETT


**IT IS SO ORDERED.**

Dated: December 18, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL - 2

Case No.:  2:07-CV-01074-FCD- DAD